NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-248

STATE OF LOUISIANA

VERSUS

MARK BULLER

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ALLEN, NO. CR-2000-4979
HONORABLE JOEL G. DAVIS, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Chief Judge Ned E. Doucet, Jr., Billie Colombaro Woodard and Jimmie C. Peters, Judges.

AFFIRMED.

Burton P. Guidry
Assistant Attorney General
P. O. Box 94095
Baton Rouge, LA  70804
(225) 342-7552
COUNSEL FOR APPELLEE:
        State of Louisiana

Carey J. Ellis, III
Louisiana Appellate Project
P. O. Box 719

**Rayville, LA 71269**
**(318) 728-2043**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Mark Buller**